EUGENE J. McCAFFREY v. APPORTIONMENT COMMISSION OF THE STATE OF NEW JERSEY.

July 14, 1981.

ORDERED that the motion for a summary reversal of the Superior Court, Law Division, and dismissal of the fourth count of the complaint in the within matter based on the enactment of L.1981 c.176 is granted.

RELIANCE INSURANCE COMPANY v. WILLIAM L. MAJOR, JR.

July 22, 1981.

The petition for certification is granted, the judgment is summarily reversed and the matter is remanded to the Superior Court, Chancery Division, Ocean County, to permit Henry Minissale to appear as a witness for plaintiff subject to defendants having an opportunity to depose him prior to his testifying. Jurisdiction is not retained.